**Order entered November 25, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00940-CV

### FIVE STAR GLOBAL, LLC, ET AL., Appellants

### V.

### MARK HULME, ET AL., Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-08643**

## ORDER

Before the Court is the November 24, 2020 request of Antionette Reagor, Official Court Reporter for the 68th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **December 7, 2020**.

/s/    KEN MOLBERG
        JUSTICE